# EXHIBIT 1

# NOTICE OF TERMINATION

AUGUST 27, 2009

<u>VIA FEDERAL EXPRESS OVERNIGHT DELIVERY</u>

EMI MUSIC PUBLISHING INC.
EMI BLACKWOOD MUSIC INC.
75 9th Avenue #4
New York, NY 10011-7006

    RE:    Termination of Post 1978 Grant of Copyright on Certain Works of
                RONALD NORMAN MILLER, A.K.A. RON MILLER, A.K.A. RONALD N. MILLER

To Whom It May Concern:

    Pursuant to Section 203(a) of the Copyright Act of 1976 (Pub. L. 94-553), 17. U.S.C. § 203(a), the undersigned, **AURORA MILLER** and **LISA DAWN MILLER-HACKETT**, comprising more than fifty percent (50%) of the owners of the TERMINATION INTERESTS, hereby notify you that all rights with respect to those certain musical works of **RONALD NORMAN MILLER**, A.K.A. **RON MILLER**, A.K.A. **RONALD N. MILLER**, listed on EXHIBIT "A" attached hereto and incorporated herein by this reference, as granted to Stone Diamond Music Corp., by the agreements referenced by each title on EXHIBIT "A" (the "Agreements"), are hereby terminated as of the EFFECTIVE DATES set forth on EXHIBIT "A".

    By our reasonable investigation of the records of ASCAP, BMI, SESAC and the U.S. Copyright Office, EMI Blackwood Music Inc./EMI Music Publishing Inc. succeeded to the rights of Stone Diamond Music Corp., when it purchased the catalogue of musical compositions.

    The original grant of copyrights was included in the Agreements, which were between **RONALD NORMAN MILLER**, A.K.A. **RON MILLER**, A.K.A. **RONALD N. MILLER** on one hand and Stone Diamond Music Corp. on the other hand.

AURORA MILLER
LISA DAWN MILLER HACKETT
18375 VENTURA BOULEVARD, #4000, TARZANA, CALIFORNIA 91356
Telephone 702.269.1409    Facsimile 818.530.4346

www.LisaDawnMiller.com

V3581 D021
V3581 D021 Page 1


# NOTICE OF TERMINATION

EMI MUSIC PUBLISHING INC.
EMI BLACKWOOD MUSIC INC.
NOTICE OF TERMINATION
August 27, 2009
Page 3 of 3


LDMH/AM: jc
ENCL.: Exhibit "A" – 8 pages


CC:    HOWARD KING, ESQ. – KING, HOLMES, PATERNO & BERLINER, LLP
        ALEXANDER LEBECKI, ESQ. – LAW OFFICES OF WHITEMAN & LEBECKI
        JOSEPH HART, ESQ. – LAW OFFICES OF JOSEPH HART


C:/DOCS/NOTICETERMINATION/EMI/08272009

V3581 D021
Page 2

AURORA MILLER
LISA DAWN MILLER HACKETT
18375 VENTURA BOULEVARD, #4000, TARZANA, CALIFORNIA 91356
Telephone 702.269.1409     Facsimile 818.530.4346

www.LisaDawnMiller.com

Exhibit A to Notice of Termination
to EMI Blackwood Music Inc.
Dated August 26, 2009

Works of RON MILLER

Song Title: AFTER THE BALL
Writers: RON MILLER (50%)
 Kenneth Hirsch (50%)

Original Copyright: May 3, 1978 -- PA0000013954
Date of Publication: April 20, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: April 20, 2013 [based upon the earlier of 35 years from publication = April 20, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: ARE YOU FREE
Writers: RON MILLER (50%)
 Kenneth Hirsch (50%)

Original Copyright: May 3, 1978 -- PA0000013383
Date of Publication: April 20, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: April 20, 2013 [based upon the earlier of 35 years from publication = April 20, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: CAN'T WE TRY
Writers: RON MILLER (50%)
 Kenneth Hirsch (50%)

Original Copyright: May 30, 1978 -- PA0000007453
Date of Publication: April 20, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: April 20, 2013 [based upon the earlier of 35 years from publication = April 20, 1978 or 40 years from execution of the grant = January 1, 1978]

**Exhibit A to Notice of Termination to
EMI Blackwood Music Inc.
Dated 8/26/2009 – Works of RON MILLER**

Song Title: CLIMB UP ON THAT MOUNTAIN
Writers: RON MILLER (25%)
　　　　 Wiley Brooks (25%)
　　　　 Jerrolyn Meers (25%)
　　　　 Robert Gordy (25%)

Original Copyright: May 22, 1978 – PA0000006160
Date of Publication: April 20, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: April 20, 2013 [based upon the earlier of 35 years from publication = April 20, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: I NEED A MAN
Writers: RON MILLER (50%)
　　　　 Kenneth Hirsch (50%)

Original Copyright: May 30, 1978 – PA0000007081
Date of Publication: May 1, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: May 1, 2013 [based upon the earlier of 35 years from publication = May 1, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: I WON'T REMEMBER EVER LOVING YOU
Writers: RON MILLER (50%)
　　　　 Kenneth Hirsch (50%)

Original Copyright: May 12, 1978 – PA0000054632
Date of Publication: April 12, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: April 12, 2013 [based upon the earlier of 35 years from publication = April 12, 1978 or 40 years from execution of the grant = January 1, 1978]

Exhibit A to Notice of Termination to
EMI Blackwood Music Inc.
Dated 8/26/2009 – Works of RON MILLER

Song Title: IF I WAS A MAN
Writers: RON MILLER (50%)
       Tom Baird (50%)

Original Copyright: June 5, 1978 – PA0000007498
Date of Publication: May 2, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: May 2, 2013 [based upon the earlier of 35 years from publication = May 2, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: IF YOU TAKE AWAY THE PAIN UNTIL THE MORNING
Writers: RON MILLER (50%)
       Charlene Duncan (50%)

Original Copyright: October 26, 1982 – PA0000153441
Date of Publication: October 18, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: October 18, 2017 [based upon the earlier of 35 years from publication = October 18, 1982 or 40 years from execution of the grant = January 1, 1978]


Song Title: IT HURTS SO NICE
Writers: RON MILLER (50%)
       Elliot Willensky (50%)

Original Copyright: December 27, 1982 – PAu000467866
Date of Publication: October 18, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: October 18, 2017 [based upon the earlier of 35 years from publication = October 18, 1982 or 40 years from execution of the grant = January 1, 1978]

**Exhibit A to Notice of Termination to
EMI Blackwood Music Inc.
Dated 8/26/2009 -- Works of RON MILLER**

Song Title: JOHNNY DOESN'T LOVE HERE ANYMORE
Writers: RON MILLER (50%)
Kenneth Hirsch (50%)

Original Copyright: June 8, 1978 -- PA0000007075
Date of Publication: May 4, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: May 4, 2013 [based upon the earlier of 35 years from publication = May 4, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: LATIN LOVERS
Writers: RON MILLER (50%)
Kenneth Hirsch (50%)

Original Copyright: June 8, 1978 -- PA0000007076
Date of Publication: May 5, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: May 5, 2013 [based upon the earlier of 35 years from publication = May 5, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: NUNCA HE IDO A MI
Writers: RON MILLER (25%)
Kenneth Hirsch (50%)
Abelardo Hernandez (25%)

Original Copyright: July 19, 1982 -- PA0000150203
Date of Publication: May 28, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: May 28, 2017 [based upon the earlier of 35 years from publication = May 28, 1982 or 40 years from execution of the grant = January 1, 1978]

Exhibit A to Notice of Termination to
EMI Blackwood Music Inc.
Dated 8/26/2009 -- Works of RON MILLER

Song Title: OVER ME
Writers:  RON MILLER (50%)
          Kenneth Hirsch (25%)
          Karyn Hirsch (25%)

Original Copyright: June 16, 1978 -- PA0000009376
Date of Publication: June 6, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: June 6, 2013 [based upon the earlier of 35 years from publication = June 6, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: PEOPLE DON'T COME TRUE
Writers:  RON MILLER (50%)
          Michael Sutton (50%)

Original Copyright: June 16, 1978 -- PA0000006429
Date of Publication: June 7, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: June 7, 2013 [based upon the earlier of 35 years from publication = June 7, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: RAINBOWS
Writers:  RON MILLER (50%)
          Kenneth Hirsch (50%)

Original Copyright: October 26, 1982 -- PA0000153442
Date of Publication: October 18, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: October 18, 2017 [based upon the earlier of 35 years from publication = October 18, 1982 or 40 years from execution of the grant = January 1, 1978]

V3581 D021 Page 7

**Exhibit A to Notice of Termination to
EMI Blackwood Music Inc.
Dated 8/26/2009 -- Works of RON MILLER**

Song Title: RICHIE'S SONG
Writers: RON MILLER (50%)
          Charlene Duncan (50%)

Original Copyright: October 26, 1982 -- PA0000153438
Date of Publication: October 18, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: October 18, 2017 [based upon the earlier of 35 years from publication = October 18, 1982 or 40 years from execution of the grant = January 1, 1978]


Song Title: THE LAST SONG
Writers: RON MILLER (50%)
          Kenneth Hirsch (50%)

Original Copyright: October 26, 1982 -- PA0000153440
Date of Publication: October 18, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: October 18, 2017 [based upon the earlier of 35 years from publication = October 18, 1982 or 40 years from execution of the grant = January 1, 1978]


Song Title: TO BE OR NOT TO BE
Writers: RON MILLER (50%)
          Kenneth Hirsch (50%)

Original Copyright: June 19, 1978 -- PA0000007447
Date of Publication: June 9, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: June 9, 2013 [based upon the earlier of 35 years from publication = June 9, 1978 or 40 years from execution of the grant = January 1, 1978]

**Exhibit A to Notice of Termination to
EMI Blackwood Music Inc.
Dated 8/27/2009 -- Works of RON MILLER**

Song Title: USED TO BE
Writers: RON MILLER (50%)
  Kenneth Hirsch (50%)

Original Copyright: October 18, 1982 -- PA0000153451
Date of Publication: October 12, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: October 12, 2017 [based upon the earlier of 35 years from publication = October 12, 1982 or 40 years from execution of the grant = January 1, 1978]


Song Title: WHEN MAMA GETS THE NIGHT OUT OF HER EYES
Writers: RON MILLER (50%)
  Kenneth Hirsch (50%)

Original Copyright: June 21, 1978 -- PA0000007087
Date of Publication: June 13, 1978 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: June 13, 2013 [based upon the earlier of 35 years from publication = June 13, 1978 or 40 years from execution of the grant = January 1, 1978]


Song Title: YOU MOVED A MOUNTAIN
Writers: RON MILLER (33.33%)
  Denzil A. Miller, Jr. (33.33%)
  Jermaine Jackson (33.34%)

Original Copyright: August 13, 1982 -- PA0000146540
Date of Publication: July 12, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: July 12, 2017 [based upon the earlier of 35 years from publication = July 12, 1982 or 40 years from execution of the grant = January 1, 1978]

**Exhibit A to Notice of Termination to
EMI Blackwood Music Inc.
Dated 8/27/2009 -- Works of RON MILLER**

Song Title: YOU'RE HOME
Writers: RON MILLER (50%)
Kenneth Hirsch (50%)

Original Copyright: October 26, 1982 -- PA0000153437
Date of Publication: October 18, 1982 (date established from U.S. Copyright Office)
Agreement: Exclusive Songwriter Agreement signed January 1, 1978 between RON MILLER and Stone Diamond Music Corporation. Original transfer of grant signed January 1, 1978. The grant included the right of publication.
Effective Date of Termination: October 18, 2017 [based upon the earlier of 35 years from publication = October 18, 1982 or 40 years from execution of the grant = January 1, 1978]

V3581 D021
Page 10