JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7424-GW-PDx | Date | December 18, 2023 |
|---|---|---|---|
| Title | *Julie Moss, et al. v. Lisa Dawn Miller, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - FINAL RULING ON DEFENDANTS LISA DAWN MILLER, RON MILLER SONGBOOK PUBLISHING, LLC, AND RON MILLER LEGACY SONGTRUST, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) [23]; and DEFENDANT SONY MUSIC PUBLISHING (US) LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) [27]**

For reasons stated in the Court's December 15, 2023 tentative ruling (ECF No. 36) and on the record at the December 18, 2023 hearing: (1) the Plaintiffs' first cause of action for declaratory relief re invalid copyright termination notices is dismissed with prejudice pursuant to the applicable statute of limitations; (2) the Plaintiffs' remaining claims are dismissed without prejudice so that they may pursue them in another forum, if they so desire; (3) Defendant Sony's request for a fee award in connection with its motion is denied; and (4) this matter is ended.

| | : |
|---|---|
| Initials of Preparer | JG |